UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IGOR GEORGIEV, SANJAR ORTIKOV and SEMEN SEREDENKO,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALEKSANDER SHAPIRO and JACOB RIFKIN, in their individual and professional capacities,<br><br>　　　　　　Defendants. | Civil Action No.: 1:19-cv-00122-JPO<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF DAMAGES, ATTORNEYS' FEES, AND COSTS UPON DEFAULT JUDGMENT** |

**WHEREAS,** on May 10, 2019, Plaintiffs moved the Court for an Order awarding damages, attorneys' fees, and costs to Plaintiffs under 29 U.S.C. § 216(b) and N.Y. Lab. Law § 663;

**WHEREAS,** Plaintiffs have submitted for the Court's review and consideration, *inter alia*, the declaration of Plaintiff Igor Georgiev (*see* Declaration of Innessa M. Huot ("Huot Decl."), Exhibit ("Ex.") A),[1] the declaration of Plaintiff Sanjar Ortikov (*see* Ex. B), the declaration of Plaintiff Semen Seredenko (*see* Ex. C), true and correct copies of Plaintiffs' work schedules (*see* Ex. D), a calculation of Plaintiffs' damages prepared by Plaintiffs' counsel (*see* Ex. E), Plaintiffs' counsel's contemporaneous time records (*see* Ex. F), and a copy of Plaintiffs' counsel's firm résumé (*see* Ex. G);

**NOW, THEREFORE,** the Court, having considered Plaintiffs' motion for an award of damages, attorneys' fees, and costs, and for good cause shown, hereby **ORDERS** as follows

Plaintiffs' motion for an award of damages, attorneys' fees, and costs is **GRANTED**.

---

[1] All references to exhibits to the Huot Decl. are hereinafter cited as "Ex. A."

1

The Court further **ORDERS**:

    a. Defendants to tender payment to Plaintiff Igor Georgiev in the following amounts, for which they are jointly and several liable, totaling $95,602.29:

        i. $35,951.00 as compensation for lost wages;

        ii. $13,700.29 as prejudgment interest on his damages for lost wages;

        iii. $35,951.00 as liquidated damages;

        iv. $5,000 as compensation for Defendants' violations of N.Y. Lab. Law § 195(1)(a); and

        v. $5,000 as compensation for Defendants' violations of N.Y. Lab. Law § 195(3).

    b. Defendants to tender payment to Plaintiff Sanjar Ortikov in the following amounts, for which they are jointly and several liable, totaling $77,822.53:

        i. $28,667.97 as compensation for lost wages;

        ii. $10,486.59 as prejudgment interest on his damages for lost wages;

        iii. $28,667.97 as liquidated damages;

        iv. $5,000 as compensation for Defendants' violations of N.Y. Lab. Law § 195(1)(a); and

        v. $5,000 as compensation for Defendants' violations of N.Y. Lab. Law § 195(3).

    c. Defendants to tender payment to Plaintiff Semen Seredenko in the following amounts, for which they are jointly and several liable, totaling $156,385.78:

        i. $62,808.79 as compensation for lost wages;

        ii. $20,768.20 as prejudgment interest on his damages for lost wages;

        iii. $62,808.79 as liquidated damages;

        iv. $5,000 as compensation for Defendants' violations of N.Y. Lab. Law § 195(1)(a); and

        v. $5,000 as compensation for Defendants' violations of N.Y. Lab. Law § 195(3).

    d.    Defendants to tender payment to Plaintiffs' counsel, Faruqi & Faruqi, LLP, for which Defendants are jointly and several liable, in the following amounts:

        i.    $109,925.87 as Plaintiffs' reasonable attorneys' fees; and

        ii.    $2,165.98 as Plaintiffs' reasonable costs and expenses.

**The Clerk is directed to close the motion at Docket Number 39 and enter final judgment.**

**IT IS SO ORDERED.**

Dated: October 1, 2019  
New York, New York

_____  
J. PAUL OETKEN  
United States District Judge