USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IGOR GEORGIEV, SANJAR ORTIKOV and
SEMEN SEREDENKO,

                        Plaintiffs,

        -against-

ALEKSANDER SHAPIRO and JACOB RIFKIN,
in their individual and professional capacities,
                        Defendants.
-----------------------------------------------------------X

19 **CIVIL** 122 (JPO)

**JUDGMENT**
**For Attorney's Fees and Costs**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 2, 2019, Plaintiffs' motion for an award of damages, attorneys' fees, and costs is GRANTED. The Court further ORDERS: (a). Defendants to tender payment to Plaintiff Igor Georgiev in the following amounts, for which they are jointly and several liable, totaling $95,602.29: (i). $35,951.00 as compensation for lost wages; (ii). $13,700.29 as prejudgment interest on his damages for lost wages; (iii). $35,951.00 as liquidated damages; (iv). $5,000 as compensation for Defendants violations of N.Y. Lab. Law § 195(1)(a); and (v). $5,000 as compensation for Defendants' violations of N.Y. Lab. Law § 195(3). (b). Defendants to tender payment to Plaintiff Sanjar Ortikov in the following amounts, for which they are jointly and several liable, totaling $77,822.53: (i). $28,667.97 as compensation for lost wages; (ii). $10,486.59 as prejudgment interest on his damages for lost wages; (iii). $28,667.97 as liquidated damages; (iv). $5,000 as compensation for Defendants violations of N.Y. Lab. Law § 195(1)(a); and (v). $5,000 as compensation for Defendants' violations of N.Y. Lab. Law § 195(3). (c). Defendants to tender payment to Plaintiff Semen Seredenko in the following amounts, for which they are jointly and several liable, totaling $156,385.78: (i). $62,808.79 as

compensation for lost wages; (ii). $20,768.20 as prejudgment interest on his damages for lost wages; (iii). $62,808.79 as liquidated damages; (iv). $5,000 as compensation for Defendants' violations of N.Y. Lab. Law § 195(1)(a); and (v). $5,000 as compensation for Defendants' violations of N.Y. Lab. Law § 195(3). (d). Defendants to tender payment to Plaintiffs' counsel, Faruqi & Faruqi, LLP, for which Defendants are jointly and several liable, in the following amounts: (i). $109,925.87 as Plaintiffs' reasonable attorneys' fees; and (ii). $2,165.98 as Plaintiffs' reasonable costs and expenses.

**Dated:** New York, New York
October 2, 2019

**RUBY J. KRAJICK**

**Clerk of Court**

BY: *[signature]*

**Deputy Clerk**